**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:14-cv-61752-BB**

**ROSE MARY WISE,**

**Plaintiff,**

**v.**

**BALBOA INSURANCE SERVICES, INC.,**
**QBE HOLDINGS, INC., and SEATTLE SPECIALTY**
**INSURANCE SERVICES, INC.,**
**Defendants.**

**Defendants.**
**______________________________________/**

**THE LAW OFFICES OF JEFFREY N. GOLANT, P.A., JEFFREY GOLANT ESQ. AND ASHLEY EAGLE ESQ.'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR ROSE MARY WISE AND NOTICE OF INTENTION TO ASSERT A CHARGING LIEN**

Movants, The Law Offices of Jeffrey N. Golant, P.A., Jeffrey Golant Esq., and Ashley Eagle pursuant to S.D. Fla. L.R. 11.1 hereby move for leave to withdraw as counsel for Plaintiff Rose Mary Wise. Withdrawal is necessary because irreconcilable differences have arisen between Plaintiff and counsel.

These differences arose after Plaintiff accepted a joint settlement offer from the Defendants. Accordingly, The Law Offices of Jeffrey N. Golant, P.A. asserts a charging lien on any recovery in this action. While Movants request that they be relieved of any further obligation to represent Plaintiff, they also request that they continue to receive all notices through CM/ECF that relate to this action. Plaintiff Rose Mary Wise's mailing address and telephone number are provided on the next page.

Rose Mary Wise
3036 NW 8th Court
Fort Lauderdale, FL 33311-6614
Phone Number: (954) 446-5959

## CONCLUSION

In light of the foregoing, Movants, The Law Offices of Jeffrey N. Golant, P.A., Jeffrey Golant, and Ashely Eagle respectfully request that this Honorable Court enter an order relieving them of any further responsibility in this action but permitting them to continue to receive CM/ECF notices.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that counsel for the movant has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in this motion. Defendants do not object to the relief sought. Plaintiff Rose Mary Wise has been advised of Movants intention to withdraw, but has not expressly agreed or objected.

Respectfully Submitted,

THE LAW OFFICES OF JEFFREY N. GOLANT, P.A.

1999 N. University Drive Ste. 213
CORAL SPRINGS, FL 33071
Phone: (954) 942-5270
Fax: (954) 942-5272
Email: jgolant@jeffreygolantlaw.com
By: **/S/ JEFFREY N. GOLANT ESQ.**
Fla. Bar. No. 0707732
Ashley R. Eagle Esq.
Fla. Bar No. 111463

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for Leave to Withdraw and Notice of Charging Lien was filed using CM/ECF and served by Notice of Electronic Filing upon the following counsel of record on May 14th, 2015. A copy will also be sent to Plaintiff Rose Mary Wise at the address identified above via regular mail and certified mail.

Brendan I Herbert Esq.
Akerman Senterfitt
One Southeast Third Avenue
25th Floor
Miami, FL 33131
(305)374-5600
Email: brendan.herbert@akerman.com
Counsel for Defendants Bank of America Corporation
and Balboa Insurance Services

Stephen M. LeBlanc Esq.
BuckleySandler, LLP
1250 24th Street, NW
Suite 700
Washington, DC 20037
(202)-349-8000
Email: sleblanc@buckleysandler.com
Counsel for Defendant Seattle Specialty Insurance Services Inc.

William Newton Shepherd Esq.
Holland & Knight LLP
222 Lakeview Avenue
Suite 1000
West Palm Beach, FL 33401-3208
(561) 650-8338
Fax: 561-650-8399
Email: william.shepherd@hklaw.com
Counsel for Defendant Seattle Specialty Insurance Services Inc.

*(Continued on Next Page)*

Brian W. Toth Esq.
Holland & Knight
701 Brickell Avenue
Suite 3000
Miami, FL 33131
(305) 374-8500
Email: brian.toth@hklaw.com
Counsel for Defendant Seattle Specialty Insurance Services Inc.

**/S/ Jeffrey Golant**